IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00330-WDM-MJW

INTEGRAL BUSINESS SOLUTIONS, INC.,

Plaintiff(s),

v.

ECHOSTAR PURCHASING INC.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Defendants' Motion for Entry of Stipulated Protective Order (docket no. 21) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 21-2) is APPROVED as amended in paragraphs 4 e and 8 and made an Order of Court.

Date: August 21, 2008