IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00330-CMA-MJW

INTEGRAL BUSINESS SOLUTIONS, INC.,

Plaintiff(s),

v.

ECHOSTAR PURCHASING INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order, DN 35, filed with the Court on March 6, 2009, is GRANTED and the Scheduling Order is amended as follows:

1. The Defendant's Expert Witness Disclosure Deadline is extended up to and including April 1, 2009;

2. The Plaintiff's Rebuttal Expert Witness Disclosures Deadline is extended up to and including May 1, 2009;

3. The Lay Discovery Deadline is extended up to and including May 1, 2009;

4. The Expert Discovery Deadline is extended up to and including May 29, 2009;

5. The Dispositive Motions Deadline is extended up to and including June 15, 2009;

6. The Final Pretrial Conference set on April 13, 2009, at 8:30 a.m., is VACATED and RESET on July 28, 2009, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, before Magistrate Judge Watanabe. The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Watanabe on or before July 22, 2009.

Date: March 9, 2009