# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 08-cv-00330-CMA-MJW

INTEGRAL BUSINESS SOLUTIONS, INC.,

    Plaintiff,

v.

ECHOSTAR PURCHASING, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed.R.Civ.P. 41(a)(2) and (c) and the Stipulation Of Dismissal With Prejudice (Doc. # 38) signed by the attorneys for the parties hereto it is

ORDERED that Plaintiff's Complaint, Defendant's Answer and Counterclaim and all causes of action, claims and counterclaims based thereon are DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED: June __11__, 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge